JOHN MILTON v. FREDERICK H. WACKER ET AL.

*Notice of proceedings to extend township ditch.*

Proceedings to extend a ditch will be quashed if proper notice has not been given to persons interested.

CERTIORARI to drain commissioner and township clerk. Submitted January 15. Decided January 21.

*Crocker & Hutchins* for plaintiff.

MARSTON, J.   It appears from the return of the commissioner that no proper notice was given the plaintiff of the proceedings; consequently, within former decisions, they must be quashed, with costs.

The other Justices concurred.